UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Clifford Thomas McCartney                                Docket No. 7:04-CR-71-1BO

**Petition for Action on Supervised Release**

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Clifford Thomas McCartney, who, upon an earlier plea of guilty to Bank Robbery, 18 U.S.C. § 2113(a), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on April 12, 2005, to the custody of the Bureau of Prisons for a term of 115 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On May 24, 2006, the imprisonment sentence was reduced from 115 months to 92 months by the Honorable Terrence W. Boyle, U.S. District Judge, pursuant to Rule 35(a).

Clifford Thomas McCartney was released from custody on July 18, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 30, 2015, the releasee submitted to a urine screen which revealed positive results for the use of cocaine and amphetamine. Upon questioning the releasee, he admitted to using cocaine with some coworkers one night, in an attempt to fit in with the crowd. He was admonished for his lapse in judgment and warned that future illegal drug use would not be tolerated. He further stated that his girlfriend takes Adderall for Attention Deficient Disorder and that she gave him a pill when he was tired to give him energy. The releasee was informed it was against the law to take medication that was not prescribed to him. The releasee apologized and stated he would not take any more medication unless it was prescribed to him by a physician.

This is the first violation behavior by this releasee. He is working, but struggles financially. He is in arrears (approximately $560) with his monetary obligation, but states he will try to catch up his payments soon. His supervised release term is due to terminate on July 17, 2015. He has agreed to sign a payment agreement order to continue making payments after his supervision term expires. As a sanction for his drug use, a weekend in jail is recommended to address the violation and deter future drug use. Urinalysis will be intensified and he will be referred to Coastal Horizons Treatment Center for substance abuse therapy.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6 p.m. on Friday to 6 p.m. on Sunday for a period of 1 weekend and shall abide by all rules and regulations of the designated facility.

Clifford Thomas McCartney
Docket No. 7:04-CR-71-BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Pamela O. Thornton
> Pamela O. Thornton
> Senior U.S. Probation Officer
> 2 Princess Street Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-679-2048
> Executed On: February 20, 2015

## ORDER OF THE COURT

Considered and ordered this 20 day of February, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge